DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZOLTON WILLIAMS,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT PROGRAM,** o/b/o
**RHODA BIHEMO RHIAN,**
Appellee.

No. 4D17-880

[February 22, 2018]

Appeal from State of Florida Department of Revenue Child Support Program; L.T. Case Nos. 2000-649474 and DEP #06550018898AO.

Zolton Williams, Brooklyn, New York, pro se.

Pamela Jo Bondi, Attorney General, and Carrie R. McNair, Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***